JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO JOSE MEMBRENO,<br><br>        Plaintiff,<br><br>  v.<br><br>GMAC MORTGAGE, LLC, et al.,<br><br>        Defendants.<br>_____ | Case No. EDCV 10-00887 VAP(DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 26, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge